RICHARD W. SNYDER, Esq. (SBN: 183570)
Law Office of Richard W. Snyder
9901 Paramount Boulevard, Suite 155
Downey, California 90240
Tel: (562)466-0415
Fax: (562)806-3100
rwsatty@yahoo.com
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRCIT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>GILBERTO MEJIA BERMUDEZ, Debtor,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC,<br><br>　　　　　Defendant, | BK Case No.: 2:09-bk-45824-VZ<br>AP Case No.: 2:10-ap-01241<br><br>Chapter 13<br><br>STIPULATION RE: DEBTORS' COMPLAINT TO DETERMINE VALUE OF REAL PROPERTY AND TO AVOID JUNIOR LIEN OF SELECT PORTFOLIO SERVICING, INC AND TREAT ENTIRELY UNSERCURED PURSUANT TO U.S.C. 506(a)<br><br>HEARING DATE: 5/6/2010<br>TIME: 10:00 AM<br>CRTRM: 1368 |

TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE AND, ALL INTERESTED PARTIES:

　　This Stipulation is entered into by and between Gilberto Mejia Bermudez (hereinafter referred to as "Debtor"), by and through their attorney of record, Richard W. Snyder; and Defendant Select Portfolio Servicing, Inc (hereinafter referred to as "creditor"), by and through its attorney of record, McCarthy & Holthus, LLP.

RECITALS:

　　Debtors are the maker of a Note in favor of Creditor, dated January 2007 in the original principal amount of $132,000.00 ("NOTE"), which is secured by a Deed of Trust encumbering the real property at: 12218 Howard St. Whittier, CA 90601 (the "Subject Property").

　　A. On December 17th, 2009, Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court and was assigned Case No.: 2:09-bk-45824-VZ.

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Creditor's claim shall be allowed as a non-priority general unsecured claim and shall be paid as such in accordance with the Debtors' Plan;

2. The avoidance of Creditor's Second Deed of Trust is contingent upon the Debtors' completion of their Chapter 13 plan and the Debtors' receipt of a Chapter 13 discharge;

3. Upon receipt of the Debtors' Chapter 13 discharge and completion of their Chapter 13 Plan, the Judgment may be recorded by the Debtors with the Los Angeles County Recorder's Office;

4. Creditor shall retain its lien for the full amount due under the Subject Loan should the Subject Property be sold or should a refinance take place prior to Plan completion and entry of a Discharge.

5. Creditor shall retain its lien for the full amount due under the Subject Loan in the event of either the dismissal of the Debtors' Chapter 13 case or the conversion of the Debtors' Chapter 13 case to any other Chapter under the United States Bankruptcy Code;

6. In the event that any entity, including the holder of the first lien on the Subject Property, forecloses on its security interest and avoids Creditor's Deed of Trust prior to the Debtor's completion of their Chapter 13 Plan and receipt of a Chapter 13 discharge, Creditors' lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the Subject Loan balance at the time of the sale; and

7. Each party shall bear their own attorneys' fees and costs incurred.

///
///
///

1  IT IS SO STIPULATED:

2

3

4  Dated: 3/22/2010

5

6  Richard W. Snyder, Esq.
   Attorney for Debtor

7  Dated: March 22, 2010

8

9  McCarthy & Holthus, LLP
   Ashley Hennessee, Esq.
10 Attorneys for Defendant, Select
   Portfolio Servicing, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case 2:10-ap-01241-VZ   Doc 5   Filed 03/22/10   Entered 03/22/10 17:13:46   Desc
Main Document   Page 4 of 5


| In re: Gilberto Mejia Bermudez | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-ap-1241 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9901 Paramount Blvd, Ste. 155, Downey, CA 90221

A true and correct copy of the foregoing document described **Stipluation Re: Debtors' Complaint to Determine Value of Real Property and to Avoid Junior Lien of Select Portfolio Servicing, INC and Treat Entirely Unsecured Pursuant to U.S.C. 506(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___3/22/2010___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Nancy K Curry
ecfnc@trustee13.com

US Trustee
ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On __3/22/2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See Attached List.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/22/2010 | Manuel Aguilera | /s/Manuel Aguilera |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                     F 9013-3.1

| In re: Gilberto Mejia Bermudez | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-ap-1241 |

## MAILING LIST

**McCarthy & Holthus, LLP**
Attention: Ashley B. Hennessee
1770 Fourth Avenue
San Diego, CA 92101

**Honorable Judge Vincent P. Zurzolo**
255 E. Temple Street
Ste. 1360
Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1