**Richard W. Snyder** (SBN 183570)
Law Office of Richard W. Snyder
18002 Irvine Blvd., #165
Tustin, CA 92780
Tel.  (714) 730-0288
Fax  (714) 505-7588
rwsatty@yahoo.com
Attorney for Debtors

FILED & ENTERED

MAY 05 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoar DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:09-bk-45824-VZ |
| GILBERTO MEJIA BERMUDEZ, | Chapter 13 |
| Debtor, | Adv. No.: 2:10-ap-01241-VZ |
| GILBERTO MEJIA BERMUDEZ, | ORDER APPROVING STIPULATED JUDGMENT RE: AVOIDANCE OF LIEN |
| Plaintiff, | |
| vs. | **STATUS CONFERENCE** |
| SELECT PORTFOLIO SERVICING, INC. | **DATE: 05/06/2010** |
| Defendant | **TIME:  10:00 AM** |
| | **CRTRM:  1368** |

The Court having considered the Stipulated Judgment Re: Avoidance of Lien ("Stipulated Judgment") docketed in this adversary proceeding as docket #5, entered into between Gilberto Mejia Bermudez (hereinafter referred to as "Plaintiff"), by and

through his attorney of record, Richard W. Snyder; and Select Portfolio Servicing, Inc., by and through its attorneys of record, McCarthy & Holthus, LLP (hereinafter referred to as "Defendant"), and good cause appearing therefore, **IT IS ORDERED that the Stipulated Judgment is APPROVED.**

###

DATED: May 5, 2010

_____
United States Bankruptcy Judge

| In re: Gilberto Mejia Bermudez | | |
|---|---|---|
| | Debtor(s). | CHAPTER: 13<br>CASE NUMBER: 2:09-bk-45824-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9901 Paramount Blvd., Ste. 155, Downey, CA 90240

A true and correct copy of the foregoing document described JUDGMENT PURSUANT TO STIPULATION will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 05/04/2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court, Chambers of the Hon. Vincent P. Zurzolo, 255 E. Temple Street, Suite 1360, Los Angeles, CA 90012
United States Trustee, 725 S. Figueroa, 26th Fl., Los Angeles CA 90017
Nancy Curry, Chapter 13 Trustee, 606 S. Olive Street, Suite 950, Los Angeles, CA 90014
McCarthy & Holthus, LLP, Attn: Ashley B. Hennessee, 1770 Fourth Ave., San Diego, CA 92101

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 05/04/2010 | Richard W. Snyder, Esq. | /S/ Richard W. Snyder, Esq. |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**

| In re: Gilberto Mejia Bermudez | | |
|---|---|---|
| | Debtor(s). | CHAPTER: 13<br>CASE NUMBER: 2:09-bk-45824-VZ |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

| In re: Gilberto Mejia Bermudez | | |
|---|---|---|
| | Debtor(s). | CHAPTER: 13<br>CASE NUMBER: 2:09-bk-45824-VZ |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) JUDGMENT PURSUANT TO STIPULATION was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 04/01/2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Attorney for the Debtor/Plaintiff    rwsatty@yahoo.com
United States Trustee    ustpregion16.la.ecf@usdoj.gov
Chapter 13 Trustee, Nancy Curry    ecfnc@trustee13.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

McCarthy & Holthus, LLP, Attn: Ashley B. Hennessee, 1770 Fourth Ave., San Diego, CA 92101

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.